| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Sevan Gorginian, Esq. (SBN 298986)<br>**Law Office of Sevan Gorginian**<br>516 Burchett St., Suite 200<br>Glendale, California 91203<br>**Tel**: 818.928.4445 \| **Fax**: 818.928.4450<br>**Email**: sevan@gorginianlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Defendant* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>ALESSANDRO JAMES HICKEY,<br><br>Debtor(s). | CASE NO.:  2:23-bk-11186-ER<br>CHAPTER: 7<br>ADVERSARY NO.: 2:23-ap-01146-ER |
|---|---|
| ROBERT VILLEGAS<br><br>Plaintiff(s),<br><br>vs.<br><br>ALESSANDRO JAMES HICKEY,<br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE: (***title of motion[1]***):**<br><br><u>"STIPULATION TO STAY PROCEEDINGS PENDING RESOLUTION OF STATE COURT CASE"</u> |

PLEASE TAKE NOTE that the order or judgment titled <u>*Order Approving Stipulation to Stay Proceedings Pending Resolution of Sttate Court Case*</u> was lodged on (*date*) <u>July 26, 2023,</u> and is attached.  This order relates to the motion which is docket number <u>7</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.ADV.NOTICE.LODGMENT**

Sevan Gorginian (SBN 298986)
**Law Office of Sevan Gorginian**
516 Burchett St., Suite 200
Glendale, California 91203
**Tel:** 818.928.4445 I **Fax:** 818.928.4450
**Email**: sevan@gorginianlaw.com

*Counsel for Defendant*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:23-bk-11186-ER |
| ALESSANDRO JAMES HICKEY, | Chapter 7 |
| Debtor. | Adversary: 2:23-ap-01146-ER |
| ROBERT VILLEGAS, Plaintiff, v. ALESSANDRO JAMES HICKEY, Defendant. | **ORDER APPROVING STIPULATION TO STAY PROCEEDINGS PENDING RESOLUTION OF STATE COURT CASE**<br><br>Status Conference<br>Date: August 8, 2023<br>Time: 10:00 a.m.<br>Place: Courtroom<br>      255 E. Temple Street<br>      Los Angeles, CA 90012<br><br>Proposed Cont. Status Conference<br>Date:  October 31, 2023<br>Time:  10:00 a.m. |

1

The Court having reviewed and considered the *Stipulation to Stay Proceedings Pending Resolution of State Court Case* ("Stipulation") [Dkt. 7], the Court approves the Stipulation and it is

**FURTHER ORDERED THAT:**

1. This adversary proceeding is stayed for a period of ninety (90) days;
2. The Plaintiff shall not take a default entry against the Defendant;
3. All deadlines and discovery are stayed and all rights reserved;
4. The currently scheduled status conference on August 8, 2023 at 10:00 a.m. is continued to October 31, 2023 at 10:00 a.m. or a time convenient to the Court thereafter; and
5. The Court retains jurisdiction to effectuate the terms in this Stipulation and accompanying order.

**IT IS SO ORDERED.**

### ###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

516 Burchett St., Suite 200, Glendale, CA 91203.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 27, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Baruch C Cohen**    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- **Carolyn A Dye (TR)**    trustee@cadye.com, c197@ecfcbis.com;atty@cadye.com
- **Sevan Gorginian**    sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com;ani@gorginianlaw.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 27, 2023 | Ani Minasyan | /s/ Ani Minasyan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 2     **F 9021-1.2.ADV.NOTICE.LODGMENT**